UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:14CR00247 RLW |
| BRYAN BINKHOLDER, | ) ) ) |
| Defendant. | ) |

## RELEASE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that a Lis Pendens recorded in the St. Louis County, Missouri Recorder's Office on August 20, 2014 at Book #21138, Page #2474, the property more particularly described as follows:

(a) Real Property located at 1510 Flordawn Drive, Florissant, Missouri, more particularly described as:

Real property known as at 1510 Flordawn Drive, Florissant, Missouri 63031, and bearing a legal description as all that certain followings description described as: Lot 176 of Crest Aire Plat 5, a subdivision on St. Louis County, Missouri, according to the Plat thereof recorded in Plat Book 127, page 80 of the St. Louis County Records,

with all appurtenances, improvements and fixtures thereon,

giving notice of the pendency of a forfeiture action in the United States District Court for the Eastern District of Missouri in the case of United States of America v. Bryan Binkholder, Court

Number 4:14CR00247 RLW, is hereby released and discharged for the reason that the Government has discontinued its forfeiture proceedings against the subject property.

Dated at St. Louis, this 5th Day of June, 2015.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Stephen Casey*
STEPHEN CASEY, #58879MO
Assistant United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri   63102
314-539-2200