RECEIVED
JUN 08 2015
BY MAIL

Dear Judge White,   Thursday June 4 2015

    I am respectfully requesting some assistance to attain a Public Defender for my Appeal. Since the May 15th sentencing I have not heard from my Attorney Albert Watkins except for a letter sent May 19 in which he said my Appeal Notice was filed but I needed to seek counsel with the Public Defenders office since I do not have personal assets. I called the PD's office on 5/20 who said Mr. Watkins needed to withdraw & the Court would appoint a PD. Mr. Watkins did so (I believe) on 5/26 & his office said I needed to complete and file a financial statement in order to have counsel appointed. I again called the PD office who said the Court had to handle this. *(Giving me the forms)* At the same time my wife received a notice mailed to my home address to me (but I'm in Warren County Jail) saying we to file a $500+ Appeals court fee which was due by today. My wife thankfully acted & got the funds from friends & drove downtown to pay this because when she called Mr. Watkins he said it needed to be paid by today.

    My wife then went to Floor 26 to seek help on getting counsel & they proceeded to tell her if she paid the fee it most likely threw a wrench in things & I couldn't get a PD — but she only did it because the letter said it had to be paid & my old attorney said so.

I am only following what I was again told that the Court must appoint legal counsel. My 1st response is quickly approaching — we have absolutely no law library here so I can't research items so getting legal counsel appointed is a must for me.

※ Could I please get whatever forms your Court needs to get a PD?

Thank you for your help in this matter.

Respectfully,

Bryan C Burkholder

Bryan Burkholder
Warren County Jail
104 W. Main
Warrenton MO 63383

Peter Birkhold-
Warren County Jail
104 W. Main
Warrenton, MO 63383

Warren County Corrections Dept.
104 W. Main Suite A
Warrenton, MO 63383

Honorable Judge Ronnie White
Eagleton US Courthouse
111 South Tenth St
St. Louis, MO 63102-1116

SAINT LOUIS MO 630
05 JUN 2015 PM 5 L

6310211259S

RECEIVED
JUN 08 2015
BY MAIL

FOREVER USA